FERN A. ROWLEY, Appellant, *v.* ERNEST REYNOLDS et al., Respondents.

FERN A. ROWLEY, as Executrix of IRVING G. ROWLEY, Deceased, Appellant, *v.* ERNEST REYNOLDS et al., Respondents.

(Submitted June 8, 1934; decided July 3, 1934.)

*David A. White* for appellants.

*W. Clyde O'Brien* for respondents.

In each case, judgment affirmed, with costs; no opinion.

Concur: Pound, Ch. J., Crane, Lehman, O'Brien, Hubbs, Crouch and Loughran, JJ.